# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Kristen O'Byaw<br>*Defendant* | )<br>)<br>)  Case No. 21MJ4287<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/29/2021

*Defendant's signature*

*Signature of defendant's attorney*

Stephanie Grimaldi    327311
*Printed name and bar number of defendant's attorney*

800 W. 6th. St. Ste. 450
Los Angeles, CA 90017
*Address of defendant's attorney*

Stephanie@thehlawgroup.com
*E-mail address of defendant's attorney*

888-499-4948
*Telephone number of defendant's attorney*

800-969-9561
*FAX number of defendant's attorney*