RANDY S. GROSSMAN
Acting United States Attorney
FRANCISCO A. NAGEL
Assistant U.S. Attorney
Illinois Bar No. 6321196
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6745

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMANTHA CONDES (1),<br><br>  Defendant. | Case No. <u>21-CR-3198-AJB</u><br>          <u>21-MJ-4287</u><br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON**<br><br>(Pre-Indictment<br> Fast-Track Program) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Francisco A. Nagel, Assistant United States Attorney, and defendant SAMANTHA CONDES, by and through and with the advice and consent of defense counsel, Linh Teresa Nguyen, that:

1. Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witnesses, Miguel Angel Munoz-Garcia, Amadeo Garcia-Cortes, and Amador Perez-Duran, in this case.

   a. Are aliens with no lawful right to enter or remain in the United States;

FAN:jrdc:11/3/2021

  b. Entered or attempted to enter the United States illegally on or about October 20, 2021;

  c. Were found in a vehicle, driven by defendant SAMANTHA CONDES near Oceanside, California;

  d. Were having others pay on their behalf between an unknown amount and $10,000 to others to be brought into the United States illegally and/or transported or moved illegally to their destination therein; and,

  e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3. The vehicle driven by defendant in this case was seized as evidence and is held by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

  a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

  b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

  c. Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further

that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to his country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

11/3/2021
DATED

FRANCISCO A. NAGEL
Assistant U.S. Attorney

12/3/21
DATED

LINH TERESA NGUYEN
Defense Counsel

12/5/21
DATED

SAMANTHA CONDES
Defendant

## O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

SO ORDERED.

DATED _____        _____
                                    United States Magistrate Judge