RANDY S. GROSSMAN
United States Attorney
BIANCA CALDERON-PEÑALOZA
Assistant U.S. Attorney
California Bar No. 324498
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8573
Email: Bianca.Calderon-Penaloza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  SAMANTHA CONDES (1), KRISTEN LAUREN KHYZOMA AKA KRISTEN OBYAW (2),  Defendants. | Case No.: 21-CR-3198-AJB  NOTICE OF APPEARANCE |
|---|---|

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**None**.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**Francisco Anaya Nagel**.

Please feel free to call me if you have any questions about this notice.

DATED: January 6, 2022.

    Respectfully submitted,

    RANDY S. GROSSMAN
    United States Attorney

    *s/ Bianca Calderon- Peñaloza*
    BIANCA CALDERON- PEÑALOZA
    Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America