Linh T. Nguyen (Cal. Bar No. 299800)
**LAW OFFICE OF LINH T. NGUYEN**
1901 First Avenue, Suite 222
San Diego, California 92101
Linh@LTNlawoffice.com
(619) 512-2126

Attorney for Samantha Condes,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-3198-AJB-1 |
| Plaintiff, | |
| | Date: March 28, 2022 |
| v. | Time: 9:00 a.m. |
| SAMANTHA CONDES, | DEFENDANT'S SENTENCING SUMMARY CHART |
| Defendant. | |

  The defendant, Samantha Condes, by and through her counsel, Linh T. Nguyen, hereby files her Sentencing Summary Chart, which is based upon the files and records of this case.

                Respectfully Submitted,

Dated: March 21, 2022      /s/ *Linh T. Nguyen*
                  Linh T. Nguyen

                Attorney for Samantha Condes

# SENTENCING SUMMARY CHART

USPO: 
AUSA: 
DEF: X

| | |
|---|---|
| Defendant's Name: **Samantha Condes** | Docket No. 3:21-cr-3198-AJB |
| Attorney's Name: Linh T. Nguyen | Phone No.: (619) 512-2126 |

Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: In Part

Base Offense Level: U.S.S.G. § 2L1.1(a)(3)  ............................................................. 12

Specific Offense Characteristics:

Adjustments:
Adjustment for Role in the Offense [USSG § 3B1.2]: ............................................... -2

Adjusted Offense Level:
☐ Combined (Mult. Counts)   ☐ Career Offender   ☐ Armed Career Criminal ........ 10

Adjustment for Acceptance of Responsibility: [**X** Government Motion-USSG § 3E1.1] ... -2

Total Offense Level: .................................................................................................... 8
Criminal History Score: ............................................................................................... 0
Criminal History Category: ......................................................................................... I
    ☐ Career Offender   ☐ Armed Career Criminal
Guideline Range:
    (Range limited by:   ☐ Minimum Mandatory   ☐ Statutory Maximum)   *from:* 0 months
                                                                          *to:* 6 months

Departures:
[USSG § 5K3.1] "Fast-Track" .................................................................................... -2
[USSG § 5K2.20] Aberrant Behavior ......................................................................... -2
[USSG § 5H1.1] Age ................................................................................................... -2

Adjusted Offense Level: .............................................................................................. 2
Resulting Guideline Range:                                                *from:* 0 months
                                                                          *to:* 6 months

**Recommendation:**
Time Served, to be followed by 1 year of Supervised Release, No Fine, $100 Special Assessment Fee Waived