RANDY GROSSMAN
United States Attorney
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
California Bar No. 324498
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8573
Fax: (619) 546-0510
Email: bianca.calderon-penaloza@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA CONDES,<br><br>Defendant. | Case No.: 21-CR-3198-1-AJB<br><br>Date:  March 28, 2022<br>Time: 9:00 am<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Bianca Calderon-Peñaloza, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: March 21, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ Bianca Calderon-Peñaloza*
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
United States of America

## SENTENCING SUMMARY CHART
[ ☐ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
**Sentencing Date:** March 28, 2022

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name: SAMANTHA CONDES                    Docket No.: 21-CR-3198-1-AJB

Attorney's Name: Bianca Calderon-Peñaloza                    Phone No.: (619) 546-8573

Guideline Manual Used: November 1, 2018                    Agree with USPO Calc.: Yes

Base Offense Level: USSG § 2L1.1(a)(3) - Transportation of Certain Alien(s)        **12**

**Specific Offense Characteristics:** USSG § _____        0
                                                                            0
                                                                            0
                                                                            0
                                                                            0

Victim Related Adjustment:                                              ___
Adjustment for Role in the Offense:                                    ___
Adjustment for Obstruction of Justice:                                 ___
Adjustment for Reckless Endangerment:                                  ___

**Adjusted Offense Level:**                                            **12**
( ☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ ☐ Gov. Motion under § 3E1.1(b)]    -2

**Total Offense Level:**                                               **10**

Criminal History Score:                                                0
Criminal History Category: ( ☐ Career Offender ☐ Armed Career Criminal)    I

Guideline Range:                                                       from  6  mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)              to  12  mths
Departures:
USSG §5K3.1 - Fast Track                                               -2
                                                                       ___

Resulting Guideline Range: Adjusted Offense Level :  8                 from  0  mths
**RECOMMENDATIONS: 120 days, 3 years' Supervised Release, $100 Special**    to  6  mths
**Assessment $5,000 JVTA Assessment (unless found indigent by the Court).**

After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary.