RANDY GROSSMAN
United States Attorney
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
California Bar No. 324498
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8573
Fax: (619) 546-0510
Email: bianca.calderon-penaloza@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTEN LAUREN KHYZOMA, AKA KRISTEN OBYAW<br><br>Defendant. | Case No.: 21-CR-3198-2-AJB<br><br>Date: March 28, 2022<br>Time: 9:00 am<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, RANDY GROSSMAN, United States Attorney, and Bianca Calderon-Peñaloza, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: March 21, 2022

Respectfully submitted,

RANDY GROSSMAN
United States Attorney

*/s/ Bianca Calderon-Peñaloza*
Bianca Calderon-Peñaloza
Assistant U.S. Attorney
United States of America

# SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]
AUSA [X]
DEF [ ]

**Sentencing Date:** March 28, 2022

Defendant's Name: KRISTEN LAUREN KHYZOMA    Docket No.: 21-CR-3198-2-AJB

Attorney's Name: Bianca Calderon-Peñaloza    Phone No.: (619) 546-8573

Guideline Manual Used: November 1, 2018    Agree with USPO Calc.: Yes

Base Offense Level: USSG § 2L1.1(a)(3) - Transportation of Certain Alien(s)    12

Specific Offense Characteristics: USSG §    0
0
0
0
0

Victim Related Adjustment: ___
Adjustment for Role in the Offense: ___
Adjustment for Obstruction of Justice ___
Adjustment for Reckless Endangerment: ___

**Adjusted Offense Level:**    12
( [ ] Combineed (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ [ ] Gov. Motion under § 3E1.1(b)]    -2

**Total Offense Level:**    10

Criminal History Score:    0
Criminal History Category: ( [ ] Career Offender [ ] Armed Career Criminal)    I

Guideline Range:    from 6 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)    to 12 mths
Departures:
USSG §5K3.1 - Fast Track    -2

Resulting Guideline Range: Adjusted Offense Level : 8    from 0 mths
**RECOMMENDATIONS: 120 days, 3 years' Supervised Release, $100 Special    to 6 mths
Assessment $5,000 JVTA Assessment (unless found indigent by the Court).**

After considering the § 3553(a) factors, the United States believes the recommended sentence is sufficient but not greater than necessary.