Stephanie Grimaldi, Esq. (SBN: 327311)
The H Law Group
800 W. 6th Street, Ste. 450
Los Angeles, CA 90017
P: (888) 499 – 4948
stephanie@thehlawgroup.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### HONORABLE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KRISTEN LAUREN KHYZOMA,<br><br>Defendant. | Docket No.: 3:21CR03198-002-AJB<br><br>ACKNOWLEDGMENT OF FUTURE HEARING DATE |

Defendant, Kristen Khyzoma, by and through her attorney of record, Stephanie G. Grimaldi, hereby acknowledges and agrees to attend the Sentencing Hearing on April 11, 2022 at 11:00 a.m. before the Honorable Anthony J. Battaglia. Defendant Khyzoma understands she is required to be present at this date and time.

Respectfully Submitted,

_____
Stephanie Grimaldi, Esq.
Attorney for Defendant,
KRISTEN KHYZOMA

_____3/30/22___
Dated

1